**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-21785-ALTMAN**

**EDUARDO ENRIQUE LEON OLAIZOLA**,

*Plaintiff*,

*v.*

**U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

*Defendants.*
_______________________________________/

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal [ECF No. 15] in accordance with Federal Rule of Civil Procedure 41. Being fully advised, we hereby **ORDER and ADJUDGE** that this matter is **DISMISSED** ***without prejudice***. Each party shall bear its own attorney's fees, costs, and expenses. The Clerk shall **CLOSE** the case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on June 27, 2026.

_______________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record